IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
CIVIL DIVISION

RICK A. SCHAEFFER and
MARY ADELAIDE SCHAEFFER  PLAINTIFFS

vs.    Case No. CV— 17-2488-5

FIRST TENNESSEE BANK
NATIONAL ASSOCIATION
    *and*
NATIONSTAR MORTGAGE LLC    DEFENDANTS

## COMPLAINT
## FOR DECLARATORY JUDGMENT
## AND PETITION FOR INJUNTIVE RELIEF

Come now Plaintiffs, Rick A. Schaeffer and Mary Adelaide Schaeffer ("the Schaeffers"), and for their Complaint for Declaratory Judgment and Petition for Injunctive Relief state:

1. The Schaeffers are residents of Washington County, Arkansas.

2. Defendant First Tennessee Bank National Association ("First Tennessee") is the current holder and owner of a mortgage on real property owned by the Schaeffers. First Tennessee is a foreign corporation registered to do business in Arkansas.

3. The real property subject to the mortgage granted by the Schaeffers is located at 2865 Dorchester Drive, Fayetteville, Washington County, Arkansas, the legal description for which is:

> Lot 31, Block 2, Quail Creek Subdivision, Phase II, City of Fayetteville, as shown in Plat Book 12 at Page 96.

4. Nationstar Mortgage, LLC, ("Nationstar") is a foreign corporation registered to do business in Arkansas. Upon information and belief, Nationstar is acting

with respect to the mortgage on the Schaeffers' property as an agent and mortgage service company on behalf of First Tennessee.

5. On or about September 13, 2017, the Mickel Law Firm, as attorney for First Tennessee and Nationstar, filed a Notice of Default and Intention to Sell the Schaeffers' property. This attempt to foreclose is by statutory ("non-judicial") foreclosure.

6. The Notice of Default claimed that the Schaeffers are in default on their obligations secured by the mortgage held by First Tennessee. It recited the principal balance on the debt as $375,846.35, and stated that the property would be sold on the courthouse steps November 14, 2017.

7. Upon information and belief, the amount recited by Defendants in the Notice of Default as the remaining principal balance is incorrect and the date of the sale is not sixty (60) days from the date of the Notice.

8. The requirements for statutory foreclosure must be strictly complied with, and failure to do so renders the proposed sale invalid.

9. Failure to give proper notice is a violation of the Schaeffers' Due Process rights under the United States and Arkansas constitutions.

10. Statutory foreclosure is a use of state power to take property from a private citizen, and doing so without proper protections and compensation is an unconstitutional taking under the United States and Arkansas constitutions.

11. The Court should enter a Temporary Restraining Order or Injunction *ex parte* cancelling the November 14, 2017, sale of the Schaeffers' property and directing

Defendants to respond to discovery to be submitted by counsel for Plaintiffs, and until this matter can be heard and decided on its merits.

12. Irreparable harm will occur failing the entry of a Temporary Restraining Order herein.

13. The Court should enter a Declaratory Judgment that the attempted statutory foreclosure on the Schaeffers' property is invalid and may not proceed.

WHEREFORE, premises considered, Plaintiffs, Rick A. Schaeffer and Mary Adelaide Schaeffer, pray that the Court enter an *ex parte* Order enjoining the sale of the real property located at 2865 Dorchester Drive, Fayetteville, Arkansas, by the Defendant, First Tennessee Bank, National Association, and/or Nationstar Mortgage, LLC, and/or the Mickel Law Firm until such time that the Court has decided this matter on the merits; that the Court enter an Order declaring that the attempted statutory foreclosure by the Defendant was invalid and therefore void; and for all other proper relief to which they may be entitled.

RICK A. SCHAEFFER and<br>
MARY ADELAIDE SCHAEFFER<br>
Plaintiffs<br><br>
By _____<br>
RICHARD P. OSBORNE #73090<br>
Attorney at Law<br>
26 East Center Street<br>
Fayetteville, AR 72701<br>
479-521-5555    Office<br>
479-444-0000    Fax<br>
rpo@rpolaw.com    E-Mail

## VERIFICATION

I, Rick Schaeffer, state on oath that I have read the complaint to which this verification is attached, and the allegations contained therein are true and correct to the best of my present knowledge and belief.

_____
RICK A. SCHAEFFER

Subscribed and sworn to before me this 12th day of October, 2017.

_____

OFFICIAL SEAL
RICHARD P. OSBORNE
NOTARY PUBLIC, ARKANSAS
WASHINGTON COUNTY
COMMISSION #12392358
EXPIRES 12/07/2022