US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 1 2 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION 5

| | | |
|---|---|---|
| RICK A. SCHAEFFER and MARY ADELAIDE SCHAEFFER<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TENNESSEE BANK NATIONAL ASSOCIATION and NATIONSTAR MORTGAGE LLC<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 5:17-cv-05238-PKH |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Rick A. Schaeffer and Mary Adelaide Schaeffer (**Schaeffers**) and defendants Nationstar Mortgage LLC and First Tennessee Bank National Association (**defendants**) hereby file this agreed stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and respectfully show the court as follows:

The Schaeffers and defendants hereby stipulate to the dismissal of the Schaeffers' claims without prejudice and request the court enter the attached proposed order with each party to bear its own fees and costs incurred herein.

Date: December 7, 2017

*(signature)*

RICHARD P. OSBORNE #~~2011156~~ 73090
Attorney at Law
26 East Center Street
Fayetteville, AR 72701
479-521-5555     Office
479-444-0000     Fax
rpo@rpolaw.com   E-Mail

**ATTORNEY FOR PLAINTIFFS
RICK A. SCHAEFFER and MARY
ADELAIDE SCHAEFFER**

Respectfully submitted,

*(signature)*

Michael J. McKleroy, Jr.,
michael.mckleroy@akerman.com
Matthew W. Lindsey
matthew.lindsey@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR DEFENDANTS
NATIONSTAR MORTGAGE LLC
and FIRST TENNESSEE BANK
NATIONAL ASSOCIATION**