IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICK A. SCHAEFFER and MARY ADELAIDE SCHAEFFER                                PLAINTIFF

vs.                         Case No.17-5238

FIRST TENNESSEE BANK                                                          DEFENDANT
NAT'L ASSOCIATION, et al

CLERK'S ORDER OF DISMISSAL

On this 12th day of December 2017, the parties hereto having filed a Stipulation of Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


By: /s/   Teri Gunderson
        Deputy Clerk